# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1973

_____

Gary L. Snyder,                                    *
                                                   *
            Appellant,                             *
                                                   *
      v.                                           *
                                                   *
Janice Snyder,   Individually and                  *
Personally; Arapahoe County Sheriff's              *
Office,   Multiple John and Jane Doe               *
Sheriff Deputies, (Each Individually               *
and Personally); Arapahoe County                   *    Appeal from the United States
Social Services,   Colorado; Jefferson             *    District Court for the
County Social Services,   Colorado;                *    District of Minnesota.
Kathleen Curley,   (Individually and               *
Personally); Ingrid Holmes,                        *    [UNPUBLISHED]
(Individually and Personally); Mardi               *
A. Ewing,   (Individually and                      *
Personally); Linda Froehler,                       *
(Individually and Personally); Linda               *
Gibson-Hendrick,   (Individually and               *
Personally); Charles D. Moon,                      *
(Individually and Personally); Katie               *
Smith,   (Individually and                         *
Personally); Stephanie Simpson,                    *
 (Individually and Personally); Eileen             *
Wiseman,   (Individually and                       *
Personally); John Doe Process                      *
Service Company,   Colorado                        *
(Individually and Personally and in its            *
Business Capacity); Orbitz Couriers;               *
Douglas County Sheriff's Office,                   *
Multiple John and Jane Doe Sheriff                 *

Deputies, (Each Individually and    *
Personally); Jennifer Gening, RN   *
(Individually and Personally); Douglas   *
County, Minnesota, (In Its    *
Governmental Capacity); Jeffry    *
Rustand, (Individually and    *
Personally); Sherburne County Social   *
Services, Minnesota; Mary Patton,   *
(Individually and Personally); Jeffrey   *
Scott Snyder, (Individually and   *
Personally; For Jurisdiction Only);   *
Barry Brooks Snyder, (Individually   *
and Personally; For Jurisdiction   *
Only); Kevin Grant Snyder,    *
(Individually and Personally; For   *
Jurisdiction Only),     *
         *
     Appellees.     *

————————

Submitted: November 25, 2008
Filed: December 2, 2008

————————

Before MURPHY, BYE, and BENTON, Circuit Judges.

————————

PER CURIAM.

  Gary Snyder appeals the district court's[1] adverse judgment disposing of his 42 U.S.C. § 1983 action. After careful review, we have found no basis for reversal and therefore affirm. *See* 8th Cir. R. 47B.

———————————

  [1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

-2-